| United States Bankruptcy Court<br>Middle District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McCullough Spinal Care, PC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-3740672** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**260 West Main Street, Suite 211**<br>**Hendersonville, TN**<br>ZIP Code **37075** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Sumner** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**979 Wyndham Drive**<br>**Gallatin, TN**<br>ZIP Code **37066** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

■ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McCullough Spinal Care, PC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**_____<br>Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s):<br>   **McCullough Spinal Care, PC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
   Printed Name of Foreign Representative

_____
   Date

**Signature of Attorney***

**X**  **/s/ Joseph P. Rusnak**_____
   Signature of Attorney for Debtor(s)

  **Joseph P. Rusnak 012464**_____
   Printed Name of Attorney for Debtor(s)

  **Tune, Entrekin & White, P.C.**_____
   Firm Name
  **UBS Tower, Suite 1700**
  **315 Deaderick Street**
  **Nashville, TN 37238**

_____
   Address

      **Email: JRusnak@tewlawfirm.com**
  **(615) 244-2770  Fax: (615) 244-2778**
   Telephone Number

  **February  2, 2015**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Edward F. McCullough**_____
   Signature of Authorized Individual
  **Edward F. McCullough**_____
   Printed Name of Authorized Individual
  **President**_____
   Title of Authorized Individual
  **February  2, 2015**
   Date

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **McCullough Spinal Care, PC**                   ,      Case No. _____

                                              Debtor

Chapter _____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edward F. McCullough**<br>**979 Wyndham Drive**<br>**Gallatin, TN 37066** | **Common** | **40%** | **Equity** |
| **Lisa Jacobson McCullough**<br>**979 Wyndham Drive**<br>**Gallatin, TN 37066** | **Common** | **60%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 2, 2015**                         Signature  **/s/ Edward F. McCullough**_____

                                                                **Edward F. McCullough**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **McCullough Spinal Care, PC**
                             Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 2, 2015**

                        **/s/ Edward F. McCullough**
                        **Edward F. McCullough**/**President**
                        Signer/Title

MCCULLOUGH SPINAL CARE, PC
979 WYNDHAM DRIVE
GALLATIN TN 37066

JOSEPH P. RUSNAK
TUNE, ENTREKIN & WHITE, P.C.
UBS TOWER, SUITE 1700
315 DEADERICK STREET
NASHVILLE, TN 37238

ANGEL PEST PROTECTION
P.O. BOX 425
GOODLETTSVILLE TN 37070

AT&T ADVERTISING
C/O FOCUS RECEIVABLES MANAGEMENT
1130 NORTHCHASE PKWY., SUITE 150
MARIETTA GA 30067

BLUE RIDGE XRAY
120 VISTA BOULEVARD
ARDEN NC 28704

BRUCE N. OLDHAM, ESQ.
109 PUBLIC SQUARE
GALLATIN TN 37066

CAN CAPITAL
300 LEDGEWOOD PLACE
SUITE 301
ROCKLAND MA 02370

CASH CENTRAL OF TENNESSEE, LLC
405 CEDAR GROVE ROAD
GLASGOW KY 42141

CLEAR CAGE
7028 WEST WATERS AVE.
SUITE 399
TAMPA FL 33634-2292

CLUB REDUCE
715 EAST 390 S
SUITE107
SALT LAKE CITY UT 84107

COMCAST
P.O. BOX 140400
NASHVILLE TN 37214-0400

COVERALL NASHVILLE
9101 LBJ FRWY
#700
DALLAS TX 75243

CROWDER CONSTRUCTION
220 FIELDSTONE LANE
WESTMORELAND TN 37186

DAN E. HUFSTUTTER, ESQ.
1211 SIXTEENTH AVENUE SOUTH
NASHVILLE TN 37212

DAN E. HUFSTUTTER, ESQ.
1211 SIXTEENTH AVENUE SOUTH
NASHVILLE TN 37212

DEPARTMENT OF THE TREASURY
P.O. BOX 1686
BIRMINGHAM AL 35201-1686

DESHA LAW
1106 18TH AVENUE SOUTH
NASHVILLE TN 37212

ERS EQUIPMENT SERVICE RECOVERY
P.O. BOX 9062
ADDISON TX 75001-9062

GANNETT COMPANY, INC.
1100 BROADWAY
NASHVILLE TN 37203

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA PA 19114

INTERNAL REVENUE SERVICE
P.O. BOX 87
MEMPHIS TN 38101

ITEX
3326 160TH AVE., SE
SUITE 100
BELLEVUE WA 98008-3418

MED SAFE WASTE
P.O. BOX 291705
NASHVILLE TN 37229

MIKE ELMORE
405 CEDAR GROVE ROAD
GLASGOW KY 42141

MTCN
P.O. BOX 677589
DALLAS TX 75267

```
MXI MEDICAL X-RAY IMAGING
430 SOUTH MAIN STREET
FRANKLIN KY 42134

MXR MERRY X-RAY SOURCE ONE
4444 VIEWRIDGE AVE.
SUITE A
SAN DIEGO CA 92123

NES
1214
CHURCH STREET
NASHVILLE TN 37246

PORTER VISION
4847 HOPYARD ROAD
4-258
PLEASANTON CA 94588

QUILL.COM
P.O. BOX 37600
PHILADELPHIA PA 19101-0600

SUMNER BANK & TRUST
780 BROWNS LANE
GALLATIN TN 37066

SUMNER COUNTY PROPERTY ASSESSOR
355 NORTH BELVEDERE
ROOM 206
GALLATIN TN 37066

TENNESSEE DEPARTMENT OF REVENUE
P.O. BOX 190665
NASHVILLE TN 37219

TENNESSEE DEPT. ENVIRONMENTAL
WRS TN TOWER, TENTH FLOOR
312 ROSA L. PARKS AVE.
NASHVILLE TN 37243

TENNESSEE DEPT. OF WORKFORCE & LABOR
220 FRENCH LANDING DRIVE
NASHVILLE TN 37243
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **McCullough Spinal Care, PC**          Case No.
                            Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **McCullough Spinal Care, PC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 2, 2015** | **/s/ Joseph P. Rusnak** |
| Date | **Joseph P. Rusnak** |
| | Signature of Attorney or Litigant |
| | Counsel for   **McCullough Spinal Care, PC** |
| | **Tune, Entrekin & White, P.C.** |
| | **UBS Tower, Suite 1700** |
| | **315 Deaderick Street** |
| | **Nashville, TN 37238** |
| | **(615) 244-2770 Fax:(615) 244-2778** |
| | **JRusnak@tewlawfirm.com** |